UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

IN RE: ) CASE NO. 11-37546 - PCM
)
MICHAEL C HAISLIP ) **SPECIAL NOTICE**
MICHELLE J HAISLIP ) RE: FED. BANKR. RULE 3002.1
)

# NOTICE OF FINAL PAYMENTS & COMPLETION OF PAYMENTS UNDER THE PLAN

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee below files Notice that the amount required to cure the default in the below claim has been paid in full and that the debtor has completed all payments under the plan.

**Name of Creditor**: SELECT PORTFOLIO SERVICING INC

Court Claim#: 5   Account #: 9805  35528535 OR 11 59557
Trustee Claim #: 003-0

**Amount of Allowed Pre-Petition Arrears:** $11027.40
**Amount Paid by Trustee:** $11027.40
**Relief From Stay Was Granted:** **X**
**Loan Modification:**
**Paid Through Escrow:**
**Surrendered per Modified Plan:**
**Other:**

Federal Bankruptcy Rule 3002.1(g) requires that within 21 days of the service of this Notice, the creditor must file and serve upon the debtor, debtor's counsel and the trustee, a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default on the claim and whether the debtor is otherwise current on all payments consistent with §1322(b)(5) of the Code. The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to so file may subject the creditor to further action of the Court including possible sanctions.

February 8, 2016                               /s/  Wayne Godare
                                               Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 8   day of February , 2016.

MICHAEL C HAISLIP
MICHELLE J HAISLIP
38336 HOOD ST
SANDY, OR. 97055


KYLE W SCHUMACHER
ATTORNEY AT LAW
1001 SW 5TH AVE #1100
PORTLAND, OR. 97204-

SELECT PORTFOLIO SERVICING INC
ATTN REMITTANCE PROCESSING
PO BOX 65450
SALT LAKE CITY, UT. 84165-

U.S. Trustee




Dated: February 8, 2016

/s/  Audrey Jackson
*For* The Office of The Chapter 13 Trustee